UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

PEGGIE J. CARTER,
    Plaintiff,

v.

Case No. 2:13-CV-555
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

COMMISSIONER OF SOCIAL
SECURITY,
    Defendant.

## ORDER

On May 21, 2014, Magistrate Judge Kemp issued a report and recommendation (R&R) in this case. Doc. 21. He recommended the following: "the Plaintiff's statement of errors be sustained to the extent that this case be remanded to the Commissioner for further proceedings pursuant to 42 U.S.C. §405(g), sentence four." *Id.* at 17. The R&R advised the parties that the failure to object within fourteen days would result in a waiver of the right to review. *Id.* at 17–18. The time period for objections has run and no party has objected. Accordingly, the R&R is **ADOPTED**. Doc. 21. In accordance with Magistrate Judge Kemp's R&R, the Plaintiff's statement of specific errors is **SUSTAINED** to the extent that this case is **REMANDED** to the Commissioner for further proceedings pursuant to 42 U.S.C. §405(g), sentence four.

**IT IS SO ORDERED.**

6-18-2014
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE