AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**PEGGIE J. CARTER,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

| | |
|---|---|
| **COMMISSIONER OF** | **CASE NO.  2:13-CV-555** |
| **SOCIAL SECURITY,** | **JUDGE EDMUND A. SARGUS, JR.** |
| | **MAGISTRATE JUDGE TERENCE P. KEMP** |
|     **Defendant.** | |

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the ORDER filed June 18, 2014, JUDGMENT is hereby entered remanding this case to the Commissioner of Social Security for further proceedings, pursuant to 42 U.S.C. § 405(g), sentence four.**

Date:   June 18, 2014                                             JOHN P. HEHMAN, CLERK

                                                                                                                        _/S/ Andy F. Quisumbing_
                                                                                                                        (By) Andy F. Quisumbing
                                                                                                                        Courtroom Deputy